UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.:  15-10213-BKC-LMI
Chapter 7

**CARLOS R QUINTERO FERNANDEZ**
SSN: XXX-XX-0062

_____Debtor._____/

### NOTICE OF RULE 2004 EXAMINATION

**TO:** **Carlos R Quintero Fernandez**
**c/o Robert Sanchez, Esq.**
**355 W 49 St**
**Miami, FL 33012**

**PLEASE TAKE NOTICE** that the undersigned attorney, will take the Rule 2004 Examination of:

**NAME:** **Carlos R Quintero Fernandez**

**DATE:** **July 1, 2015**

**TIME:** **10:00 a.m.**

**PLACE:** **Tabas, Freedman & Soloff, P.A.**
**One Flagler Building**
**14 Northeast First Avenue, Penthouse**
**Miami, FL 33132**

The examination may continue from day to day until completed.  If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony.  The scope of the examination shall be as described in Bankruptcy Rule 2004.  Pursuant to Local Rule 2004-1 no order shall be necessary.

CASE NO.: 15-10213-BKC-LMI

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 11, 2015, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Carlos R Quintero Fernandez
7750 W 28th Avenue, #113
Hialeah, Florida 33018-7272

        Respectfully submitted,

        /s/ Joel L. Tabas
        Joel L. Tabas
        Fla. Bar No. 516902
        Tabas, Freedman & Soloff, P.A.
        Attorneys for Trustee, Joel L. Tabas
        One Flagler Building
        14 Northeast First Avenue - Penthouse
        Miami, Florida 33132
        Telephone:  (305) 375-8171
        Facsimile:  (305) 381-7708
        E-mail: jtabas@tabasfreedman.com

*INTERESTED PARTIES SHOULD CONTACT THE ATTORNEY FOR THE TRUSTEE IN ORDER TO CONFIRM THE DATE AND TIME OF THE DEPOSITION*

**EXAMINEE IS RESPONSIBLE FOR PROVIDING CERTIFIED TRANSLATOR IF NEEDED**