

ORDERED in the Southern District of Florida on July 30, 2015.

*Laurel M. Isicoff* (signature)

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re: Carlos Quintero Fernandez                 Case No.: 15-10213-LMI
    Debtor                                              Chapter 7
_____/

### ORDER GRANTING DEBTOR'S COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**THIS MATTER** having come before the Court on July 27, 2015 upon the Debtor's Counsel's Motion to Withdraw as Attorney of Record, based on the record, it is ORDERED that:

    1. The Motion is Granted.

    2. Any further pleadings and/or correspondence in this matter shall be mailed directly to the Debtor at the following location:

        Carlos R Quintero Fernandez
        7750 W 28th Avenue #113
        Hialeah, FL 33018-7272

    3. Debtor's counsel, Robert Sanchez, Esq., is no longer the attorney of record for said Debtor and is herein relieved of any further responsibility in this matter.

                                                    # # #

<u>Attorney Robert Sanchez</u> is directed to furnish a complete and correct copy of this order to all interested parties and file a certificate of service with the court.